ACCEPTED
04-15-00118-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/3/2015 12:05:21 PM
KEITH HOTTLE
CLERK

## CAUSE NO. 13-05-0466-CVA

SHIRLEY ADAMS, CHARLENE §
BURGESS, WILLIE MAE HERBST §
JASIK, WILLIAM ALBERT HERBST, §
HELEN HERBST and R. MAY OIL & §
GAS COMPANY, LTD., §
    Plaintiffs, §
 §
 §
vs. §
 §
 §
MURPHY EXPLORATION & §
PRODUCTION CO.-USA, §
A DELAWARE CORPORATION, §
    Defendant. §
 §

IN THE DISTRICT COURT

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
03/3/2015 12:05:21 PM
KEITH E. HOTTLE
Clerk

218th JUDICIAL DISTRICT

ATASCOSA COUNTY, TEXAS

FILED 8:50 O'CLOCK __ W
MARGARET E. LITTLETON, DISTRICT CLERK

FEB 25 2015

CLERK DISTRICT COURT ATASCOSA CO., TX
BY _____

## PLAINTIFFS' NOTICE OF APPEAL

Pursuant to Texas Rule of Appellate Procedure 25.1, PLAINTIFFS SHIRLEY ADAMS, CHARLENE BURGESS, WILLIE MAE HERBST JASIK, WILLIAM ALBERT HERBST, HELEN HERBST, AND R. MAY OIL & GAS COMPANY, LTD hereby give notice of their desire to appeal from the Order Setting Aside Final Judgment In Part and Entering Amended Final Judgment, which was signed and entered on February 10, 2015, in Civil Cause Number 13-05-0466-CVA, *Shirley Adams, Charlene Burgess, Willie Mae Herbst Jasik, William Albert Herbst, Helen Herbst and R. May Oil & Gas Company, Ltd. vs. Murphy Exploration & Production Co. USA, a Delaware Corporation,* in the 218th Judicial District Court of Atascosa County, Texas. The appeal is to the

1

Fourth Court of Appeals in San Antonio, Texas. A copy of the February 10, 2015 Order Setting Aside Final Judgment and Entering Amended Final Judgment In Part of the Court is attached hereto as Exhibit A. To the extent necessary, Plaintiffs also appeal any adverse portions of the Final Judgment signed on December 15, 2014 that remain in effect.

Dated: Feb. 24, 2015

Respectfully submitted,

John B. McFarland
State Bar No. 13598500
jmcfarland@gdhm.com
Mary A. Keeney
State Bar No. 11170300
mkeeney@gdhm.com
GRAVES, DOUGHERTY, HEARON & MOODY, P.C.
401 Congress Avenue, Suite 2200
Austin, Texas 78701-3744
(512) 480-5682 Telephone
(512) 480-4882 Telecopier

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2015, a true and correct copy of the foregoing was served on counsel for Defendant via email as shown below:

Bill Kroger
Jason A. Newman
Benjamin Sweet
Baker Botts L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
ATTORNEYS FOR DEFENDANT MURPHY EXPLORATION & PRODUCTION COMPANY - USA
Jason.newman@bakerbotts.com

_____
Mary A. Keeney

3

CAUSE NO. 13-05-0466-CVA

| | | |
|---|---|---|
| SHIRLEY ADAMS, CHARLENE BURGESS, | § | IN THE DISTRICT COURT |
| WILLIE MAE HERBST JASIK, | § | |
| WILLIAM ALBERT HERBST, | § | |
| HELEN HERBST and | § | |
| R. MAY OIL & GAS COMPANY, LTD., | § | |
| Plaintiffs, | § | |
| | § | |
| | § | |
| vs. | § | 218th JUDICIAL DISTRICT |
| | § | |
| MURPHY EXPLORATION & | § | |
| PRODUCTION CO.-USA, | § | |
| A DELAWARE CORPORATION, | § | |
| Defendant. | § | |
| | § | ATASCOSA COUNTY, TEXAS |

FILED 2:40 O'CLOCK P M
MARGARET E. LITTLETON, DISTRICT CLERK

FEB 10 2015

CLERK DISTRICT COURT ATASCOSA CO., TX
_____ DEPUTY

## ORDER SETTING ASIDE FINAL JUDGMENT *— IN PART* AND ENTERING
## AMENDED FINAL JUDGMENT

On February 2, 2015, came on to be considered the Motion for New Trial, Motion to Vacate or Modify the Judgment, and Motion to Reconsider the Court's Decision on Partial Summary Judgment Motions, filed by Plaintiffs Shirley Adams, Charlene Burgess, Willie Mae Herbst Jasik, William Albert Herbst, Helen Herbst, and R. May Oil & Gas Company, Ltd. The Court has considered the motions, the response filed by Murphy Exploration & Production Co.-USA, and the arguments presented by counsel and is of the opinion that Plaintiffs' motions should be granted in part ~~and denied in part~~ *and modified in part* for the following reasons:

~~1. The December 15, 2014 Final Judgment was presented to the Court without proper notice to Plaintiffs, in violation of Texas Rule of Civil Procedure 305;~~

2. The December 15, 2014 Final Judgment improperly awards appellate attorney's fees to Murphy. ~~The Court finds that those fees are not recoverable under either Chapter 37 or Chapter 38 of the Texas Civil Practice & Remedies Code. The Court further finds that it would be neither equitable nor just to award those fees. The Court further finds that those fees are not~~



2250162.1

*Final Judgment*

The Court vacates and modifies its ~~order~~ in part with regard to the award of appellate fees to Murphy. The Court modifies paragraph 3 of its December 15, 2014 final judgment in this matter and finds that should Plaintiffs appeal this Final Judgment, Murphy will expend reasonable and necessary attorneys' fees in the amount of $25,000 for defending the matter in the Court of Appeals, $7500 for responding to a petition for review, and $20,000 in the event the Supreme Court orders briefing on the merits and grants the petition. Therefore, should Plaintiffs unsuccessfully appeal this *Amended* Final Judgment, they are ordered to pay Murphy's reasonable and necessary attorney's fees on appeal as directed in this judgment.

3, The Court finds that its rulings on Plaintiffs' Motion for Partial Summary Judgment and Defendant's Motion for Partial Summary Judgment should stand.

IT IS THEREFORE ORDERED THAT Plaintiffs' Motion for New Trial, Motion to Vacate or Modify the Judgment, and Motion to Reconsider the Court's Decision *on* Partial Summary Judgment Motions is denied, except that the December 15, 2014 Final Judgment in this case is vacated and modified solely with regard to paragraph 3 as reflected in this order.

IT IS FURTHER ORDERED THAT Plaintiffs' Motion for Partial Summary Judgment is DENIED AND Defendant's Motion for Partial Summary Judgment is GRANTED.

Costs are taxed against Plaintiffs.

IT IS FURTHER ORDERED that all other relief requested in this cause is DENIED.

SIGNED this 10th day of February, 2015.

STELLA SAXON, Judge Presiding